# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
August 4, 2014

| | | |
|---|---|---|
| * * * * * * * * * * * * * * | * | UNPUBLISHED |
| MICHELLE WILTON, on Behalf of | * | |
| T.W., a minor, | * | |
| | * | No. 13-976V |
| Petitioner, | * | |
| | * | |
| v. | * | Special Master Dorsey |
| | * | |
| SECRETARY OF HEALTH | * | |
| AND HUMAN SERVICES, | * | Attorneys' Fees and Costs; |
| | * | Reasonable Amount Requested to which |
| Respondent. | * | Respondent Does Not Object. |
| | * | |
| * * * * * * * * * * * * * * | * | |

Cary S. Macy, Huntington Beach, CA, for petitioner.
Ann Martin, United States Department of Justice, Washington, D.C., for respondent.

## ATTORNEYS' FEES AND COSTS DECISION[1]

On December 11, 2013, Michelle Wilton ("petitioner"), on behalf of T.W., a minor, filed a petition for compensation under the National Vaccine Injury Compensation Program.[2] Petitioner alleges that T.W. suffered from necrosis in his left arm as a result of his receipt of a Hepatitis A vaccination on January 21, 2011. On July 11, 2014, a decision was entered awarding compensation to petitioner based on respondent's proffer.

On August 1, 2014, the parties filed a Stipulation of Facts Concerning Attorneys' Fees and Costs. According to the stipulation, the parties stipulate to a total award to petitioner of

---

[1] Because this unpublished ruling contains a reasoned explanation for the action in this case, the undersigned intends to post this decision on the website of the United States Court of Federal Claims, in accordance with the E-Government Act of 2002 § 205, 44 U.S.C. § 3501 (2006). In accordance with the Vaccine Rules, each party has 14 days within which to request redaction "of any information furnished by that party: (1) that is a trade secret or commercial or financial in substance and is privileged or confidential; or (2) that includes medical files or similar files, the disclosure of which would constitute a clearly unwarranted invasion of privacy." Vaccine Rule 18(b). Further, consistent with the rule requirement, a motion for redaction must include a proposed redacted decision. If, upon review, the undersigned agrees that the identified material fits within the requirements of that provision, such material will be deleted from public access.

[2] The Program comprises Part 2 of the National Childhood Vaccine Injury Act of 1986, 42 U.S.C. §§ 300aa-10 et seq. (hereinafter "Vaccine Act" or "the Act"). Hereafter, individual section references will be to 42 U.S.C. § 300aa of the Act.

attorneys' fees and costs in the amount of $21,194.74. In accordance with General Order #9, petitioner's counsel represents that of the $21,194.74 requested, petitioner advanced $1,290.00 in reimbursable costs in pursuit of her claim. See Petitioner's General Order Number 9 Statement, dated July 31, 2014, at 1.

The Vaccine Act permits an award of reasonable attorneys' fees and costs. 42 U.S.C. § 300 aa-15(e). Based on the reasonableness of the parties' stipulation, the undersigned GRANTS the request for approval and payment of attorneys' fees and costs.

Accordingly, an award should be made as follows:

(1)     in the form of a check jointly payable to petitioner and to petitioner's attorney, Mr. Cary S. Macy, of the Law Office of Cary S. Macy, in the amount of $19,904.74,

(2)     in the form of a check payable to petitioner only in the amount of $1,290.00.

In the absence of a motion for review filed pursuant to RCFC Appendix B, the clerk of the court **SHALL ENTER JUDGMENT** in accordance with the terms of the parties' stipulation.

**IT IS SO ORDERED.**

s/Nora Beth Dorsey
Nora Beth Dorsey
Special Master